United States District Court
Northern District of California

1
2
3
4      UNITED STATES DISTRICT COURT
5      NORTHERN DISTRICT OF CALIFORNIA
6
7  THE BOARD OF TRUSTEES, IN THEIR
   CAPACITIES AS TRUSTEES OF THE          Case No.  14-cv-02986-JSW
   CALIFORNIA MACHINISTS 401(K)
8  TRUST FUND,,
9              Plaintiff,                 **ORDER SETTING CASE
                                          MANAGEMENT CONFERENCE AND
10         v.                             REQUIRING JOINT CASE
                                          MANAGEMENT CONFERENCE
11 FRANCIS DEAN, INC., DBA MIKE           STATEMENT**
   HARVEY ACURA,
12
               Defendant.
13
14         TO ALL PARTIES AND COUNSEL OF RECORD:

15         The above matter having been reassigned to the Honorable Jeffrey S. White, it is hereby

16 ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management

17 Conference shall be held in this case on September 26, 2014, at 11:00 A.M., in Courtroom 5, 2nd

18 Floor, Federal Courthouse, 1301 Clay Street, Oakland, California.

19         Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on

20 any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5.  Following service,

21 plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance

22 with Civil L. R. 5-6(a).

23         The parties shall appear in person through lead counsel to discuss all items referred to in

24 this Order and with authority to enter stipulations, to make admissions and to agree to further

25 scheduling dates.

26         The parties shall file a joint case management statement no later than **five (5) court days**

27 prior to the conference.  The joint case management statement shall address all of the topics set

28 forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint*

1    *Case Management Statement*, which can be found on the Court's website located at
2    http://www.cand.uscourts.gov.  *See* N.D. Civ L.R. 16-9.   If any one or more of the parties is
3    proceeding without counsel, the parties may file separate case management statements.    Separate
4    statements may also address all of the topics set forth in the Standing Order referenced above.
5    Any request to reschedule the date of the conference shall be made in writing, and by stipulation if
6    possible, at least **ten (10) calendar days** before the date of the conference and must be based upon
7    good cause.   In order to assist the Court in evaluating any need for disqualification or recusal, the
8    parties shall disclose to the Court the identities of any person, associations, firms, partnerships,
9    corporations or other entities known by the parties to have either (1) financial interest in the
10    subject matter at issue or in a party to the proceeding; or (2) any other kind of interest that could
11    be substantially affected by the outcome of the proceeding.  If disclosure of non-party interested
12    entities or persons has already been made as required by Civil L. R. 3-16, the parties may simply
13    reference the pleading or document in which the disclosure was made.  In this regard, counsel are
14    referred to the Court's Recusal Order posted on the Court website at the Judges Information link at
15    http://www.cand.uscourts.gov.

16    **IT IS SO ORDERED**.

17    Dated: August 14, 2014

_____
JEFFREY S. WHITE
United States District Judge